**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-8172

MACHOT KUOL MAYEN,

                  Plaintiff - Appellant,

            v.

NADER HASAN,

                  Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge.   (1:12-cv-01338-CMH-TRJ)

Submitted:  March 28, 2013            Decided:  April 2, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Machot Kuol Mayen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Machot Kuol Mayen appeals the district court's order dismissing with prejudice Mayen's 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Mayen's informal brief does not challenge the basis for the district court's disposition, Mayen has forfeited appellate review of the court's order. Accordingly, although we grant Mayen leave to proceed on appeal in forma pauperis, we affirm the district court's judgment. We deny as moot his motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED